# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DELINA FLOWERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-15-492-M |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioners of the | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On March 22, 2016, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation in this action in which plaintiff seeks judicial review of the final decision of defendant Acting Commissioner of Social Security Administration ("Acting Commissioner"), denying plaintiff's applications for supplemental security income and disability insurance benefits under the Social Security Act. The Magistrate Judge recommended the Acting Commissioner's decision in this matter be reversed and remanded. The parties were advised of their right to object to the Report and Recommendation by April 5, 2016. On April 1, 2016, the Acting Commissioner filed an objection.

The Court has carefully reviewed the court file in this matter de novo. The Court concurs with the Magistrate Judge's conclusions that the Administrative Law Judge ("ALJ") erred in the consideration of Dr. Saidi's physical medical source statement and that the ALJ erred in evaluating plaintiff's complaints of pain and related credibility.

Accordingly, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 19] issued by the Magistrate Judge on March 22, 2016;

(2) REVERSES the decision of the Acting Commissioner;

(3) REMANDS for further administrative proceedings consistent with the Report and Recommendation; and

(4) ORDERS that judgment issue forthwith in accordance with the provisions of sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED this 18th day of April, 2016.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE