# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DELINA FLOWERS, | ) |
|         Plaintiff, | ) |
| vs. | ) Case No. CIV-15-492-M |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) |
|         Defendant. | ) |

## ORDER

On April 18, 2016, United States District Judge Vicki Miles-LaGrange entered an Order and Judgment in this case remanding this case for further administrative proceedings. Based on same, counsel for plaintiff has now timely filed a Motion and Brief for Payment of Attorney's Fees Pursuant to 28 U.S.C. § 2412(d)(1)(a) (The Equal Access to Justice Act (EAJA)), requesting an award of fees in the amount of $4,446.00. On May 11, 2016, defendant filed a Stipulated Motion for Award of Attorney Fees under the Equal Access to Justice Act, in which the parties stipulate that plaintiff should be compensated a total of $3,600.00 under the EAJA. Having considered the parties' stipulation, this Court GRANTS IN PART plaintiff's Motion and Brief for Payment of Attorney's Fees Pursuant to 28 U.S.C. § 2412(d)(1)(a) (The Equal Access to Justice Act(EAJA)) [docket no. 23] and AWARDS attorney's fees under the EAJA in the amount of $3,600.00, said amount to be paid directly to plaintiff. Plaintiff's counsel shall reimburse to plaintiff the smaller of

either the EAJA award or any subsequent award under 42 U.S.C. § 406(b), should one ultimately be authorized, as required by *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

**IT IS SO ORDERED this 13th day of May, 2016.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE